## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## No. 7:14-CV-184-BR

| | |
|---|---|
| **Tony Farrior, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Calvin D. Melvin, Administrator of the Estate of Margaret Marine Williams, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Calvin D. Melvin, Administrator of the Estate of Margaret Marine Williams, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Margaret Marine Williams the following: "Calvin D. Melvin, Administrator of the Estate of Margaret Marine Williams."

So ordered, this the 15th day of October, 2018.

Robert B. Jones, Jr.
United States Magistrate Judge